UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID VERNELL HOWELL,

    Plaintiff,

v.                        CASE NO.: 4:12cv197-MCR/CAS

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

# O R D E R

This cause comes before the court on consideration of magistrate judge's Report and Recommendation dated February 20, 2013. (Doc. 13). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

No objections have been filed. I have determined that the Report and Recommendation should be adopted. Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's Report and Recommendation (doc. 13) is adopted and incorporated by reference in this order.

2.    The decision of the Commissioner should be REVERSED AND REMANDED pursuant to Sentence Four of 42U.S.C. § 405(g) to: (i) perform the required analysis at Step Five to determine whether Mr. Howell can perform other work, which includes reconsideration fo Mr. Howell's RFC; (ii) make a specific finding as to whether plaintiff's moderate limitations in concentration, persistence or pace are accounted for in the record medical evidence; and (iii) consider the other matters discussed herein.

**DONE and ORDERED** this 24th day of April, 2013.

                                        s/ *M. Casey Rodgers*
                                        **M. CASEY RODGERS**
                                        **CHIEF UNITED STATES DISTRICT JUDGE**